83,476-01

Dear:
Court of Criminal Appeals

My First Official Notice

State my application has been appeal

The second Official notice
State the status of the appeal

The Tarrant County Corps and my Convicting court attorney

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

State's Spoken Said

dismissed with out write
Order the application

means are deemed denied, failure

and will not release me from Jail

because the court of criminal appeals
has not acquitted

my case for writ of habeas corpus

Please answer what the status in the meaning about the Official Notice
is it's Acquitted me relief

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401823 JUN 24 2015

6/19/2015
**STAFFORD, DARRELL JEROME**
**Tr. Ct. No. C-213-010476-1366752-A**          **WR-83,476-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DARRELL JEROME STAFFORD
TARRANT COUNTY JAIL - TDC # 435815
100 N. LAMAR
FORT WORTH, TX 76102

1EBN3B 76196

---

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401823 JUL 02 2015

7/29/2015
**STAFFORD, DARRELL JEROME    Tr. Ct. No. C-213-010476-1366752-A    WR-83,476-01**
This is to advise that the Court has dismissed without written order the application for writ of habeas corpus. .

Abel Acosta, Clerk

DARRELL JEROME STAFFORD
TARRANT COUNTY JAIL - TDC # 435815
100 N. LAMAR
FORT WORTH, TX 76102

1EBN3B 76196



# State Counsel for Offenders

### Texas Department of Criminal Justice
P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

September 3, 2015

Tarrant County Jail
Darrell Stafford CID#0435815
100 North Lamar
Fort Worth, TX 76102

Dear Mr. Stafford,

I am in receipt of your letter dated 08-25-2015 requesting assistance. Unfortunately, at this time, State Counsel for Offenders (SCFO) cannot help you. SCFO provides assistance in regards to certain kinds of legal issues to individuals who are actually incarcerated (physically located) within the Texas Department of Criminal Justice, Institutional Division (state prison) or State Jail Division.

Based on your letter, it appears that you are currently in the Tarrant County Jail in Fort Worth, Texas. If you are sent to the Institutional Division or confined in a State Jail facility, then SCFO may be able to assist you. Please feel free to write us at that time.

Sincerely,

J. Viada
Legal Assistant I
Legal Services

cc: File